# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2287
LT Case No. 2022-CF-010605-A

_____

CADE BEECHER HAYFORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

February 25, 2025

PER CURIAM.

AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA
2024); *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *review
granted*, 2024 WL 370043 (Fla. Jan. 31, 2024); *but see D.L.J. v.
State*, 331 So. 3d 227 (Fla. 2d DCA 2021).

EISNAUGLE, SOUD, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————